UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Criminal No. 1:20-cr-10087-IT |
| MICHAEL DONAHER, | * | |
| | * | |
| Defendant. | * | |

ORDER

September 15, 2020

TALWANI, D.J.

In accordance with the sentencing of Defendant Michael Donaher for Theft of Government Money, 18 U.S.C. § 641, the court has ordered restitution of $69,720.28, and forfeiture of property that constitutes, or is derived from, proceeds traceable to the commission of the offense. Those amounts include government funds that remain with Square, Inc., as "pending" transactions related to SQ* FW Webb companies that were opened and owned by Defendant Donaher. Accordingly, Square, Inc., is hereby ordered to promptly forward all such amounts to the Clerk of the Court, United States District Court, District of Massachusetts, to be credited to the balance Defendant Donaher owes to the Veterans Administration.

IT IS SO ORDERED.

/s/ Andrea Talwani
United States District Judge